```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ADLIFE MARKETING &                 :
COMMUNICATIONS CO. INC.,           :
                                   :
                    Plaintiff,     :    20 Civ. 1802 (VM)
                                   :
     - against -                   :    ORDER
                                   :
GANNETT CO., INC., et al.,         :
                                   :
                    Defendants.    :
-----------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

By letter dated July 3, 2020 (see Dkt. No. 14), defendant Gannett Co., Inc. requests a conference in connection with a proposed motion for reconsideration of the Court's June 16, 2020 Order extending the time for the above-named plaintiff to serve its complaint on the defendants. (See Dkt. No. 12). Plaintiff Adlife Marketing & Communications Co. Inc. is hereby ordered to respond to defendant's letter within three days of the entry of this Order.

**SO ORDERED.**

Dated:   New York, New York
         06 July 2020

_____
Victor Marrero
U.S.D.J.