UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADLIFE MARKETING &
COMMUNICATIONS CO. INC.,

                Plaintiff,

v.                                                Case No.  1:20-cv-1802-VM

GANNETT CO., INC.; and DOES 1
through 100 inclusive,,

                Defendant.

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gannett Co., Inc. by and through counsel, hereby discloses that it is a publicly traded company (NYSE: GCI). It has no parent company and no publicly traded company owns 10% or more of Gannett's stock.

Dated: July 9, 2020

                                      **GANNETT CO., INC.**

                          By:  */s/ Michael J. Grygiel*
                                Greenberg Traurig, LLP
                                Michael J. Grygiel, Esq.
                                54 State Street, 6th Floor
                                Albany, New York 12206
                                Tel: (518) 689-1400
                                Email: grygielm@gtlaw.com

                                *Attorneys for Defendant Gannett Co., Inc.,*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2020, I filed the foregoing Corporate Disclosure Statement with the Court and served it on counsel of record by filing it with the Court's CM/ECF system. All counsel of record who have entered appearances are registered ECF users.

                                            /s/ Michael J. Grygiel