```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ADLIFE MARKETING &                   :
COMMUNICATIONS CO. INC.,             :
                                     :
               Plaintiff,            :    20 Civ. 1802 (VM)
                                     :
    - against -                      :    ORDER
                                     :
GANNETT CO., INC., et al.,           :
                                     :
               Defendants.           :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the initial conference in the above-captioned action, currently scheduled to be held on Friday, August 14, 2020 at 10:00 a.m., shall be held telephonically. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         11 August 2020

_____
Victor Marrero
U.S.D.J.