USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ADLIFE MARKETING &                  :
COMMUNICATIONS CO. INC.,            :
                                    :
                   Plaintiff,       :      20 Civ. 1802 (VM)
                                    :
       - against -                  :      **ORDER**
                                    :
GANNETT CO., INC., et al.,          :
                                    :
                   Defendants.      :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On August 7, 2020, the parties in the above-captioned matter filed a joint status letter and proposed case management plan in advance of the initial conference on August 14, 2020. (See Dkt. Nos. 33, 34.) Subsequently, at that conference, the Court referred the matter to mediation. (Minute entry dated 8/14/20; Dkt. No. 37.) Consistent with the referral, a mediation conference was held on November 13, 2020. (Minute entry dated 11/13/20.)

The mediator having notified the Court, by its final report dated November 27, 2020, that the mediation was unsuccessful (see Dkt. No. 38), the parties are hereby directed to update the case management plan and resubmit it within thirty days of the entry of this Order.

**SO ORDERED.**

Dated:    New York, New York
          30 November 2020

                                        _____
                                              Victor Marrero
                                              U.S.D.J.