UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ADLIFE MARKETING & COMMUNICATIONS CO. INC.,             :

                Plaintiff,             :

      - against -             :      ORDER
                                       20-CV-1802 (VM)(KNF)

GANNETT CO., INC.; and DOES 1 through 100 inclusive,             :

              Defendants.             :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on June 1, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
          March 1, 2021

                                                 /s/ Kevin Nathaniel Fox
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE