# EXHIBIT 4

**(REDACTED – PROVIDED TO THE COURT)**