UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO. INC.<br><br>       Plaintiff,<br><br>vs.<br><br>GANNETT CO., INC.; and DOES 1 through 100 inclusive,<br><br>       Defendant. | Case No. 1:20-cv-1802-VM-KNF |
| GANNETT CO., INC.;<br><br>       Counter-claimant,<br><br>vs.<br><br>ADLIFE MARKETING & COMMUNICATIONS CO. INC.,<br><br>       Counter-defendant. | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM AND TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Defendant and Counter-plaintiff Gannett Co., Inc. ("Gannett") hereby requests the Court take judicial notice, pursuant to Federal Rule of Evidence 201(b)(2) and (c)(2), of all pleadings of records on file in the matters of:

1. *Adlife Mktg. & Commc'ns Co., Inc. v. Multi-Ad Solutions, LLC, et al.*, No. 17-01418 (C.D. Ill.) (filed Sept. 14, 2017) (the "Multi-Ad Lawsuit")
2. *Adlife Mktg. & Commc'ns Co., Inc. v. Fareway Stores, Inc.*, No. 17-04254 (C.D. Ill.) (filed Sept. 6, 2017) (the "Fareway Lawsuit"); and
3. *Adlife Mktg. & Commc'ns Co. Inc. v. Quality Foods of Anderson, S.C., Inc.*, et al, No. 8:18-cv-01976-TMC (D. S.C.) (filed July 19, 2018) (the "Quality Foods Lawsuit").

For ease of reference, Gannett attaches the following documents from the Multi-Ad Lawsuit, Fareway Lawsuit, and Quality Foods Lawsuit:

**Exhibit A**: Dkt. No. 1 (Fareway Lawsuit Complaint), *Adlife Mktg. & Commc'ns Co., Inc. v. Fareway Stores, Inc.*, Civil Action No. 17-04254 (C.D. Ill.) (Sept. 6, 2017);

**Exhibit B**: Dkt. No. 1 (Multi-Ad Lawsuit Complaint), *Adlife Mktg. & Commc'ns Co., Inc. v. Multi-Ad Solutions, LLC, et al.*, Civil Action No. 17-01418 (C.D. Ill.) (Sept. 14, 2017);

**Exhibit C**: Dkt. No. 61 (Multi-Ad Lawsuit Dismissal), *Adlife Mktg. & Commc'ns Co., Inc. v. Multi-Ad Solutions, LLC, et al.*, Civil Action No. 17-01418 (C.D. Ill.) (Dec. 27, 2018);

**Exhibit D**: Dkt. No. 54 (Fareway Lawsuit Dismissal), *Adlife Mktg. & Commc'ns Co., Inc. v. Fareway Stores, Inc.*, Civil Action No. 17-04254 (C.D. Ill.) (Feb. 25, 2020);

**Exhibit E**: Dkt. No. 1 (Quality Foods Lawsuit Complaint), *Adlife Mktg. & Commc'ns Co. Inc. v. Quality Foods of Anderson, S.C., Inc.*, et al, No. 8:18-cv-01976-TMC (D. S.C.) (July 19, 2018); and

**Exhibit F**: Dkt. No. 9 (Quality Foods Lawsuit Third-Party Complaint), *Adlife Mktg.& Commc'ns Co. Inc. v. Quality Foods of Anderson, S.C., Inc.*, et al, No. 8:18-cv-01976-TMC (D. S.C.) (Sept. 14, 2018).

These records are properly noticed by the Court here. *See* Fed. R. Evid. 201(b)(2), (c)(2); *see also Giraldo v. Kessler*, 694 F.3d 161, 164 (2d Cir. 2012) ("We also take judicial notice of relevant matters of public record."); *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) ("[C]ourts routinely take judicial notice of documents filed in other courts").

| | |
|---|---|
| Dated  April 9, 2021 | **GREENBERG TRAURIG, LLP** |
| | */s /Nina D. Boyajian* |
| | Nina D. Boyajian *(Admitted Pro Hac Vice)* |
| | 1840 Century Park East, Suite 1900 |
| | Los Angeles, CA 90067 |
| | Tel: 310-586-7700 |
| | BoyajianN@gtlaw.com |
| | |
| | Michael J. Grygiel |
| | 54 State Street, 6th Floor |
| | Albany, NY 12207 |
| | Tel: 518- 689-1400 |
| | Fax: 518-689-1499 |
| | Email: grygielm@gtlaw.com |
| | |
| | Zachary C. Kleinsasser *(Admitted Pro Hac Vice)* |
| | One International Place, Suite 2000 |
| | Boston, MA 02110 |
| | Tel: 617-310-6000 |
| | Fax: 617- 310-6001 |
| | Email: kleinsasserz@gtlaw.com |
| | |
| | *Attorneys for Gannett Co., Inc.* |