Exhibit C

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MULTI-AD SOLUTIONS, LLC, a Delaware limited liability company; YELLOW PAGES INTEGRATED MEDIA ASSOCIATION, a Delaware corporation; MULTI-AD SERVICES, INC., a Illinois Corporation; MA STOCK ACQUISITION, LLC, a Delaware limited liability company; SOUTHERN GRAPHICS INC., a Delaware Corporation; MA BUILDER, LLC, a Delaware limited liability company; MA ADBUILDER, LLC, a Delaware limited liability company; METRO CREATIVE GRAPHICS, INC., a New York Corporation; MA ASSET ACQUISITION, LLC, a Delaware limited liability company; MA HOLDING, LLC, a Delaware limited liability company; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 1:17-CV-01418-MMM-JEH <br><br> Judge: Michael M. Mihm <br><br> Magistrate: Jonathan E. Hawley |
| YELLOW PAGES INTEGRATED MEDIA ASSOCIATION, a Delaware corporation, <br><br> Defendant/Counter-Plaintiff, <br><br> v. <br><br> ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. a Rhode Island corporation, <br><br> Plaintiff/Counter-Defendant | |
| MUTLI-AD SOLUTIONS, LLC, a Delaware limited liability company, <br><br> Defendant/ Counter-Plaintiff, <br> v. <br><br> ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., a Rhode Island Corporation, <br><br> Plaintiff/ Counter-Defendant. | |

STIPULATED ENTRY OF DISMISSAL

1

## STIPULATION OF ENTRY OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**PLEASE TAKE NOTICE** that Plaintiff ADLIFE MARKETING AND COMMUNICATIONS CO. INC. ("Plaintiff") and Defendants MULTI-AD SOLUTIONS, LLC, INC. ("Multi-Ad"), YELLOW PAGES INTEGRATED MEDIA ASSOCIATION ("Yellow Pages")(collectively referred to as "Defendants") (jointly, the "Parties"), by and through their respective counsels of record, hereby agree and stipulate as follows:

WHEREAS Plaintiff Adlife filed, on September 14, 2017, in the United States District Court, Central District of Illinois, a Complaint for Copyright Infringement, Breach of Contract, and Unjust Enrichment against Defendants;

WHEREAS Defendant Yellow Pages filed, on October 31, 2017, in the United States District Court, Central District of Illinois, a counterclaim against Plaintiff Adlife for Breach of Contract and Tortuous Interference;

WHEREAS Adlife filed, on January 30, 2018, in the United States District Court, Central District of Illinois, a First Amended Complaint for Breach of Contract and Unjust Enrichement;

WHEREAS Defendant Multi-Ad filed, on March 1, 2018, in the United States District Court, Central District of Illinois, a Counterclaim against Plaintiff Adlife for Declaratory judgment;

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their respective counsels of record, hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims asserted in this action by and against any party.

2. A formal settlement agreement has been circulated and executed by the Parties.

//

3. Each of the Parties shall bear their own respective attorneys' fees, expenses and costs incurred in connection with the prosecution or defense of this action.

Date: December 27, 2018

HIGBEE & ASSOCIATES

/s/ *Naomi M. Sarega*
Naomi M. Sarega, Esq.
nsarega@higbeeassociates.com
Mathew K. Higbee, Esq.
mhigbee@higbeeassociates.com
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff/Counter-Defendant Adlife Marketing & Communications Co., Inc.*

HOWARD & HOWARD

/s/ *Jeffrey G. Sorenson*
Jeffrey G. Sorenson
jsorenson@howardandhoward.com
**HOWARD & HOWARD ATTORNEYS PLLC**
One Technology Plaza
211 Fulton St., Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 671-1568 facsimile
*Counsel for Defendant/Counter-Plaintiff Yellow Pages Integrated Media Association*

ONE LLP

/s/ *John Tehranian*
John Tehranian, Esq.
jtehranian@onellp.com
Oscar M. Orzoco-Botello, Esq.
oobotello@onellp.com
**ONE LLP**
400 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
(949) 502-2870
(949) 258-2081 facsimile
*Counsel for Plaintiff/Counter-Defendant Adlife Marketing & Communications Co., Inc.*

HINSHAW & CULBTERTSON LLP

/s/ *Ambrose V. McCall*
Ambrose V. McCall
amccall@hinshawlaw.com
Mark K. Suri, Esq.
msuri@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
416 Main Street, 6th Floor
Peoria, IL 61602
(309) 674-1025
(309) 674-9328 facsimile
*Counsel for Defendant/Counter-Plaintiff Multi-Ad Solutions, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on December 27th, 2018, I electronically filed the foregoing **STIPULATION OF ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ambrose V. McCall, Esq.
**HINSHAW & CULBERTSON LLP**
416 Main Street, 6th Floor
Peoria, IL 61602

Mark K. Suri, Esq.
**HINSHAW & CULBERTSON LLP**
416 Main Street, 6th Floor
Peoria, IL 61602

*Counsel for Defendant/Counter-Plaintiff Multi-Ad Solutions, LLC*

Jeffrey G. Sorenson
**HOWARD & HOWARD ATTRNEYS PLLC**
One Technology Plaza
211 Fulton St., Suite 600
Peoria, IL 61602
*Counsel for Defendant/Counter-Plaintiff Yellow Pages Integrated*

Mathew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705

John Tehranian, Esq.
Oscar M. Orzoco-Botello, Esq.
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660

*Co-Counsel for Plaintiff/Counter-Defendant Adlife Marketing & Communications Co., Inc.*

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 27, 2018 at Santa Ana, California.

                                          **/s/ Naomi M. Sarega**
                                          Naomi M. Sarega