```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADLIFE MARKETING & COMMUNICATIONS CO. INC.,

        Plaintiff,

    -against-

GANNETT CO., INC., et al.,

        Defendant.

**20 Civ. 1802 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The telephonic status conference scheduled in this action scheduled for December 17, 2021, is hereby rescheduled to February 18, 2021, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            November 30, 2021

_____
Victor Marrero
U.S.D.J.