**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022
```

ADLIFE MARKETING & COMMUNICATIONS CO. INC.,

                Plaintiff,

    - against -

GANNETT CO., INC., et al.,

                Defendants.

**20 Civ. 1802 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The telephonic conference scheduled in this action for February 18, 2022, is hereby rescheduled to March 25, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated:    February 7, 2022
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.