```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22

```
ADLIFE MARKETING & COMMUNICATIONS CO. INC.,

                Plaintiff,                      20 Civ. 1802 (VM)

        -against-                               ORDER

GANNETT CO., INC., ET AL.,

                Defendants.
```

**VICTOR MARRERO, United States District Judge.**

The parties informed the Court that they are finalizing a resolution of this action. Accordingly, the motion from plaintiff Adlife Marketing & Communications Co. Inc. ("Adlife") to dismiss defendant Gannett Co., Inc.'s first counterclaim and strike certain affirmative defenses (Dkt. No. 54) is **DENIED** without prejudice. Adlife's motion is subject to restoration to the docket in the event the parties do not consummate their settlement.

Additionally, the status conference scheduled for March 25, 2022, is hereby adjourned to May 27, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated: March 22, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.