**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/22
```

ADLIFE MARKETING & COMMUNICATIONS CO. INC.,

        Plaintiff,

    -against-

GANNETT CO., INC., ET AL.,

        Defendants.

**20 Civ. 1802 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for May 27, 2022, is hereby adjourned to July 29, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:  May 25, 2022
       New York, New York

                                                      Victor Marrero
                                                      U.S.D.J.