**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADLIFE MARKETING & COMMUNICATIONS CO. INC.,

        Plaintiff,

    -against-

GANNETT CO., INC., ET AL.,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/22

**20 Civ. 1802 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for July 29, 2022, is hereby adjourned to September 2, 2022, at 11:30 a.m.

**SO ORDERED.**

Dated: July 26, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.